IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL DAVID CONNOR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                      CASE NO. 1D13-5831

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 14, 2015.

An appeal from the Circuit Court for Alachua County.
Denise Ferrero, Judge.

Nancy A. Daniels, Public Defender, and Colleen D. Mullen, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

CLARK, ROWE, and MAKAR, JJ., CONCUR.